**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| NAVBLAZER, LLC<br><br>**Plaintiff,**<br><br>vs.<br><br>HYUNDAI MOTOR AMERICA,<br><br>**Defendant.** | No. 2:20-CV-00072-JRG-RSP |

**PLAINTIFF'S UNOPPOSED MOTION TO MODIFY DOCKET CONTROL ORDER**

Plaintiff NavBlazer, LCC files this Unopposed Motion to Modify the Docket Control Order, and respectfully submit the following for the Court's consideration.

Plaintiff has requested, and Defendant has agreed to extend the deadline in the above-captioned civil action, as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Comply with P.R. 3-1 and 3-2 Disclosures | May 4, 2020<br><br>(Two weeks before the May 18, 2020 Case Management Conference) | May 12, 2020 |

THEREFORE, Plaintiff respectfully requests that the Court modify the Docket Control Order as set forth above. A proposed Order is attached.

| | |
|---|---|
| Dated: May 1, 2020 | Respectfully Submitted |

*/s/ Randall Garteiser*

Randall T. Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
Thomas Fasone III
Texas Bar No. 00785382
tfasone@ghiplaw.com
M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com
René A. Vazquez
Virginia Bar No. 41988
rvazquez@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (888) 908-4400


Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR
NAVBLAZER LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was emailed in compliance with Local Rule CV-5. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

*/s/ Randall Garteiser*

## CERTIFICATE OF CONFERENCE

This is to certify that Counsel for Plaintiff NavBlazer, LLC has conferred with Defendant's Counsel concerning this motion and they do not oppose the motion.

*/s/ Randall Garteiser*