# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NAVBLAZER, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:20-cv-00072-JRG-RSP |
| | § | |
| HYUNDAI MOTOR AMERICA, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER STAYING ALL DEADLINES PENDING SETTLEMENT

Before the Court is Plaintiff NavBlazer, LLC's and Defendant Hyundai Motor America's (collectively, "Parties") ("Hyundai") Joint Motion to Stay All Deadlines and Cancel Scheduling Conference and Notice of Settlement ("Motion"). **Dkt. No. 15**. The Parties' Motion seeks a thirty (30) day stay of all unreached deadlines pertaining to the present case and to cancel the May 18, 2020 Scheduling Conference. The stay and Scheduling Conference cancellation will grant NavBlazer and Hyundai time to finalize and execute their settlement agreement and file dismissal papers with the Court. After due consideration, the Court **GRANTS** the Motion.

**SIGNED this 12th day of May, 2020.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE